USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PERRIGO COMPANY PLC,

    Plaintiff / Counterclaim-Defendant,

v.

MYLAN N.V.,

    Defendant / Counterclaim-Plaintiff.

No. 15-CV-7341-NRB
**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

---

Plaintiff / Counterclaim-Defendant Perrigo Company plc ("Perrigo") and Defendant / Counterclaim-Plaintiff Mylan N.V. ("Mylan"), by and through their undersigned counsel, hereby stipulate as follows:

(1)     Perrigo shall and hereby does voluntarily dismiss its claims as stated in the Complaint filed on September 17, 2015, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

(2)     Mylan shall and hereby does voluntarily dismiss its counterclaims as stated in the Counterclaims filed on September 22, 2015, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

(3)     All parties will bear their own costs and fees.

IT IS SO STIPULATED.

Dated: New York, New York
       November 20, 2015

                                             WACHTELL, LIPTON, ROSEN & KATZ

/s/ Bradley R. Wilson
William Savitt
Bradley R. Wilson
Andrew J. Cheung
Jordan L. Pietzsch
Ishpuneet K. Chhabra
Jonathan Siegel
51 West 52nd Street
New York, NY 10019
Tel: (212) 403-1000
Fax: (212) 403-2000

*Attorneys for Perrigo Company plc*

CRAVATH, SWAINE & MOORE LLP

/s/ Sandra C. Goldstein (with permission)
Sandra C. Goldstein
Omid H. Nasab
Members of the Firm
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Mylan N.V.*

SO ORDERED:

Naomi Reice Buchwald
United States District Judge

Dated: November 23, 2015